**United States Bankruptcy Court**
**Central District Of California**

In re:
Angela Nicole Rayfield
aka Angela Nicole Washington

CHAPTER NO.: 7

CASE NO.: 2:10–bk–60425–BR

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

- ☒ Verification of Creditor Mailing List. [Local Rule 1007–2(d)]
- ☒ Statement of Social Security Number(s) Form B21
- X Declaration Re: Electronic Filing, Master Mailing List
- X Addendum to Voluntary Petition (Need to exclude joint debtor information)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002–1]:

   Chapter 7     1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

   255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: November 24, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Bock Tom**
   **Deputy Clerk**

mccdn – Revised 12/2009

**5 – 1 / BTL**